**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN COSGROVE,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendants. | Case No.:<br>ED CV 18-2538-DMG (KESx)<br><br>ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [20] |

**GOOD CAUSE APPEARING,** the Stipulation to Dismiss Action with Prejudice jointly filed by the parties in this action is APPROVED. The above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own fees and costs. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED**.

DATED: September 5, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE